```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 27507
   ROBERT HAMMOND
   MARILYN HAMMOND                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-6994     SSN XXX-XX-1085

--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/12/2005 and was confirmed 10/27/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  83.95%.

     The case was paid in full 02/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
B-LINE LLC                SECURED           3000.00         268.60         3000.00
B-LINE LLC                UNSECURED         2489.45            .00         2089.82
WELLS FARGO MORTGAGE      CURRENT MORTG    51590.15            .00        51590.15
WELLS FARGO MORTGAGE      MORTGAGE ARRE     8583.96            .00         8583.96
PROVIDIAN NATIONAL BANK   UNSECURED         2619.13            .00         2198.68
JEFFERSON CAPITAL SYSTEM  UNSECURED          707.75            .00          594.14
NATIONAL FINANCIAL HOLDI  UNSECURED          889.52            .00          746.73
MELVIN J KAPLAN           DEBTOR ATTY       2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                         4,766.08
DEBTOR REFUND             REFUND                                          1,960.84

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS                 DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              78,499.00

PRIORITY                                              .00
SECURED                                         63,174.11
    INTEREST                                       268.60
UNSECURED                                        5,629.37
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             4,766.08
DEBTOR REFUND                                    1,960.84
                     ---------------       ---------------
TOTALS               78,499.00                  78,499.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 27507 ROBERT HAMMOND & MARILYN HAMMOND

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/09/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

```
                              PAGE   2
      CASE NO. 05 B 27507 ROBERT HAMMOND & MARILYN HAMMOND
```